Fill in this information to identify the case:

Debtor name    **Tranquility Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (If known)    **21-60120**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended Schedule    D
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3-29-21**        x _____
                                  Signature of individual signing on behalf of debtor

                                  **Michael R. Hyams**
                                  Printed name

                                  **COO/Member**
                                  Position or relationship to debtor

## United States Bankruptcy Court
### Western District of Missouri

| In re | Tranquility Group, LLC | | Case No. | 21-60120 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles D. O'Kieffe<br>8414 Monticello Ave.<br>Skokie, IL 60076 | Member | | 60% |
| Michael Hyams<br>769 State HWY 86<br>Ridgedale, MO 65739 | Member | | 20% |
| Patsy O'Kieffe<br>8414 Monticello Ave.<br>Skokie, IL 60076 | Member | | 20% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **COO/Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   3-29-21                    Signature _____
                                            Michael R. Hyams

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name **Tranquility Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) **21-60120**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................   $   **6,950,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................   $   **354,314.42**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $   **7,304,314.42**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **8,669,706.06**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **201,399.11**

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                                                                                 $   **8,871,105.17**

**Fill in this information to identify the case:**

Debtor name    **Tranquility Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **21-60120**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| All cash or cash equivalents owned or controlled by the debtor | | | |
| 2. | Cash on hand | | $119,000.00 |

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | Checking | 8594 | $114,730.11 |
| 3.2. | **Simmons Bank** | Checking | 4631 | $1,616.75 |
| 3.3. | **Simmons Bank** | Checking | 8450 | $1,735.46 |
| 3.4. | **Guaranty Bank** | Checking | 0914 | $114.17 |

**4.  Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Petty Cash** | $975.00 |

| 5. | Total of Part 1. | $238,171.49 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tranquility Group, LLC** | | Case number *(if known)* **21-60120** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | WRVE | $1,576.13 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **National Valuation Group, Inc. (prepayment for appraisal report)** | $1,800.00 |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $3,376.13 |
|---|---|

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress (4) Bungalow units | | Unknown | | $5,000.00 |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies Disc Golf supplies | | $0.00 | | $2,766.80 |

---

| Debtor | **Tranquility Group, LLC** | Case number *(if known)*  **21-60120** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$7,766.80

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> Office Furniture | $0.00 | | $10,000.00 |
| **40.** **Office fixtures** <br> Office Fixtures | $0.00 | | $3,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office Equipment | $0.00 | | $4,000.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$17,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

| Debtor | **Tranquility Group, LLC** | Case number *(if known)*  **21-60120** |
|---|---|---|
| | Name | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  (2) Gravely Lawnmower | Unknown | | Unknown |
| 47.2.  (12) golf carts | Unknown | | Unknown |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| (1) John Deere tractor ($10,000); (1) Volvo Mini<br>Excavator ($8,000); (1) Bobcat ($10,000) | $0.00 | | $28,000.00 |
| (1) Kubota Backhoe (installment) | Unknown | | $60,000.00 |

| 51. Total of Part 8. | | $88,000.00 |
|---|---|---|
| Add lines 47 through 50. Copy the total to line 87. | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Tranquility Group, LLC** | | Case number *(if known)* **21-60120** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Pool Bathroom Building** | | Unknown | Unknown |
| 55.2. | **Shed (installment sale)** | | Unknown | Unknown |
| 55.3. | **Jiminy Kricket; 165 Freund Dr., Ridgedale, MO 65739** | | Unknown | $185,000.00 |
| 55.4. | **Dancing Bear; 365 Tower Rd., Ridgedale, MO 65739** | | Unknown | $235,000.00 |
| 55.5. | **Whispering Woods; 163 Mighty Oak Lane, Ridgedale, MO 65739** | | Unknown | $225,000.00 |
| 55.6. | **Chapel; 201 Oakmont Hills Dr., Ridgedale, MO 65739** | | Unknown | $235,000.00 |
| 55.7. | **Treehouse Model; 230 Oakmont Hills Dr., Ridgedale, MO 65739** | | Unknown | $200,000.00 |
| 55.8. | **Bearly Rustic; 448 Heavy Timber Dr., Ridgedale, MO 65739** | | Unknown | $185,000.00 |
| 55.9. | **Land; 769 Sate Highway 86, Ridgedale, MO 65739** | | Unknown | $3,500,000.00 |
| 55.10. | **Eagles Rest; 373 Heavy Timber Dr., Ridgedale, MO 65739** | | Unknown | $185,000.00 |
| 55.11. | **Big Bear; 328 Heavy Timber Dr., Ridgedale, MO 65739** | | Unknown | $185,000.00 |
| 55.12. | **Cottage; Mighty Oak Lane, Ridgedale, MO 65739** | | Unknown | $40,000.00 |
| 55.13. | **Lodge; 763 State Highway 86, Ridgedale, MO 65739** | | Unknown | $320,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Tranquility Group, LLC** | Case number *(If known)* **21-60120** |
|---|---|---|
| | Name | |

| 55.14 · | **Bungalows; 126 Rocky Ledge Way, Ridgedale, MO 65739; 132 Rocky Ledge Way, Ridgedale, MO 65739; 140 Rocky Ledge Way, Ridgedale, MO 65739; 150 Rocky Ledge Way, Ridgedale, MO 65739; 170 Rocky Ledge Way, Ridgedale, MO 65739; 190 Rocky Ledge Way, Ridgedale, MO 65739; 210 Rocky Ledge Way, Ridgedale, MO 65739; 230 Rocky Ledge Way, Ridgedale, MO 65739; 250 Rocky Ledge Way, Ridgedale, MO 65739; 270 Rocky Ledge Way, Ridgedale, MO 65739;** | Unknown | $1,200,000.00 |
| 55.15 · | **Dragonfly Dreams; 181 Mighty Oak Lane, Ridgedale, MO 65739** | Unknown | $225,000.00 |
| 55.16 · | **3rd lot; 143 Mighty Oak Lane, Ridgedale, MO 65739** | Unknown | $30,000.00 |

| 56. | **Total of Part 9.** | | $6,950,000.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Tranquility Group, LLC | Case number (If known) | 21-60120 |
|---|---|---|---|
| | Name | | |

| 61. | Internet domain names and websites | | |
|---|---|---|---|
| | www.bransoncedarsresort.com | $0.00 | $0.00 |

| 62. | Licenses, franchises, and royalties | | |
|---|---|---|---|

| 63. | Customer lists, mailing lists, or other compilations | | |
|---|---|---|---|
| | Timeshare Owners | Unknown | Unknown |

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tranquility Group, LLC** | | Case number *(If known)*  **21-60120** |
|---|---|---|---|
| | Name | | |

---

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $238,171.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,376.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $7,766.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $88,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................> | | $6,950,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $354,314.42 + 91b. | $6,950,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,304,314.42 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tranquility Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **21-60120** |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* | *Value of collateral that supports this claim* |
| | | Do not deduct the value of collateral. | |

**2.1   DLL Financial Solution Partners**
Creditor's Name

**PO Box 2000
Johnston, IA 50131-0020**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **(12) golf carts** | **$55,422.78** | **Unknown** |

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2   Guaranty Bank**
Creditor's Name

**2144 East Republic
Springfield, MO 65804**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0849**

**Do multiple creditors have an interest in the same property?**

| Describe debtor's property that is subject to a lien | Amount | Value |
|---|---|---|
| **Whispering Woods; 163 Mighty Oak Lane, Ridgedale, MO 65739** | $148,102.61 | $225,000.00 |

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Tranquility Group, LLC** | | Case number (if known) | **21-60120** |
|---|---|---|---|---|
| | Name | | | |

No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.3** | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $201,387.58 | $235,000.00 |
|---|---|---|---|---|

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0532**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Chapel; 201 Oakmont Hills Dr., Ridgedale, MO
65739**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.4** | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $149,388.06 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0526**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Treehouse Model; 230 Oakmont Hills Dr.,
Ridgedale, MO 65739**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.5** | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $127,383.61 | $185,000.00 |
|---|---|---|---|---|

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Bearly Rustic; 448 Heavy Timber Dr.,
Ridgedale, MO 65739**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Tranquility Group, LLC** | | Case number (if known) | **21-60120** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**Last 4 digits of account number**
8231

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Guaranty Bank** | | | $1,211,072.55 | $3,500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2144 East Republic**
**Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0696

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Land; 769 Sate Highway 86, Ridgedale, MO 65739

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Guaranty Bank** | | | $113,244.42 | $185,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2144 East Republic**
**Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0328

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Eagles Rest; 373 Heavy Timber Dr., Ridgedale, MO 65739

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Guaranty Bank** | | | $76,295.46 | $185,000.00 |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor    **Tranquility Group, LLC**
Name

Case number (if known)    **21-60120**

---

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0325**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Big Bear; 328 Heavy Timber Dr., Ridgedale,
MO 65739**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No  ·
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Guaranty Bank** | | |

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1019**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Cottage; Mighty Oak Lane, Ridgedale, MO
65739**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$44,019.08        $40,000.00

---

| 2.1 0 | **Guaranty Bank** | | |

Creditor's Name

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8226**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Lodge; 763 State Highway 86, Ridgedale, MO
65739**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$263,730.19        $320,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 9

Best Case Bankruptcy

Debtor **Tranquility Group, LLC**
Name

Case number (if known)   **21-60120**

---

| No |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $981,600.00 | $1,200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bungalows; 126 Rocky Ledge Way, Ridgedale, MO 65739; 132 Rocky Ledge Way, Ridgedale, MO 65739; 140 Rocky Ledge Way, Ridgedale, MO 65739; 150 Rocky Ledge Way, Ridgedale, MO 65739; 170 Rocky Ledge Way, Ridgedale, MO 65739; 190 Rocky Ledge Way**

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1613**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $186,574.64 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dragonfly Dreams; 181 Mighty Oak Lane, Ridgedale, MO 65739**

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0854**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Guaranty Bank** | Describe debtor's property that is subject to a lien | $27,834.79 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**3rd lot; 143 Mighty Oak Lane, Ridgedale, MO 65739**

**2144 East Republic
Springfield, MO 65804**

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 5 of 9

| Debtor | Tranquility Group, LLC | Case number (if known) | 21-60120 |
|---|---|---|---|
| | Name | | |

| Creditor's mailing address | Describe the lien |
|---|---|

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0857**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Guaranty Bank | Describe debtor's property that is subject to a lien | $4,742,312.61 | $7,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | credit line secured by stocks pledged by Charles D. O'Kieffe | | |

**2144 East Republic
Springfield, MO 65804**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5607**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | H & H Management | Describe debtor's property that is subject to a lien | $11,998.28 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Pool Bathroom Building | | |

**PO Box 459
Lowell, AR 72745**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Tranquility Group, LLC**
_____
Name

Case number (if known)   **21-60120**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | | | |
|---|---|---|---|

**Kubota Credit**
Creditor's Name

**PO Box 0559
Carol Stream, IL 60132**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**(1) Kubota Backhoe (installment)**

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$63,823.60      $60,000.00

---

| 2.1 7 | | | |
|---|---|---|---|

**Sheffield Financial**
Creditor's Name

**PO Box 580229
Charlotte, NC 28258-0229**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**(2) Gravely Lawnmower**

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,605.79      Unknown

---

| 2.1 8 | | | |
|---|---|---|---|

**Simmons Bank**
Creditor's Name

**1540 State HWY 248
Branson, MO 65616**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Jiminy Kricket; 165 Freund Dr., Ridgedale, MO 65739**

Describe the lien

$108,588.00      $185,000.00

---

Debtor    **Tranquility Group, LLC**
Name

Case number (if known)    **21-60120**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1742

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $137,399.00 | $235,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dancing Bear; 365 Tower Rd., Ridgedale, MO 65739**

**1540 State HWY 248
Branson, MO 65616**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1885

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Woodward Rentals LLC** | Describe debtor's property that is subject to a lien | $17,923.01 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Shed (installment sale)**

**PO Box 105
Lowes, KY 42061**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 8 of 9

| Debtor | **Tranquility Group, LLC** | Case number (if known) | **21-60120** |
|---|---|---|---|
| | Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$8,669,706.06**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Tranquility Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **21-60120**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ADT Commercial**<br>**PO Box 382109**<br>**Pittsburgh, PA 15251-8109**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __alarm services__<br>Is the claim subject to offset? ■ No ☐ Yes | **$167.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**World Finance Center**<br>**200 Vesey Street**<br>**New York, NY 10285**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Lowe's__<br>Is the claim subject to offset? ■ No ☐ Yes | **$48,782.59** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Jim McKissack**<br>**L&J Log Cabins Ridgedale, LLC**<br>**756 East Jones Street**<br>**Lewisville, TX 75057**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __construction__<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**LAMAR**<br>**PO Box 96030**<br>**Baton Rouge, LA 70896**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __billboard advertisement__<br>Is the claim subject to offset? ■ No ☐ Yes | **$973.50** |

| Debtor | **Tranquility Group, LLC** | | Case number (if known) | **21-60120** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,196.00 |
|---|---|---|---|

**Northwest Arkansas Newspapers**
PO Box 1607
Fayetteville, AR 72702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **advertisement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.02 |
|---|---|---|---|

**WCA Waste Systems Inc.**
PO Box 4524
Houston, TX 77210-4524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **trash collection**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 201,399.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 201,399.11 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tranquility Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **21-60120** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tranquility Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MISSOURI

Case number (if known) **21-60120**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Charles D. O'Kieffe | 8414 Monticello Ave Skokie, IL 60076 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | Michael Hyams | 769 State HWY 86 Ridgedale, MO 65739 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | Patsy O'Kieffe | 8414 Monticello Ave Skokie, IL 60076 | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Tranquility Group, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known) **21-60120**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to Filing Date | ☐ Operating a business **Outpost/disc golf revenue, log cabin cafe, Honey Pot Gift Shop, timeshare annual fees, gross nightly rental revenue** ■ Other | **$72,219.40** |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ☐ Operating a business **Outpost/disc golf revenue, log cabin cafe, Honey Pot Gift Shop, timeshare annual fees, gross nightly rental revenue, HOA fees, Lifted Truck Nationals** ■ Other | **$779,632.87** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ☐ Operating a business **Outpost/disc golf revenue, log cabin cafe, Honey Pot Gift Shop, timeshare annual fees, gross nightly rental revenue, HOA fees, Lifted Truck Nationals** ■ Other | **$655,972.27** |

Debtor    **Tranquility Group, LLC**                                    Case number *(if known)*   **21-60120**

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express<br>World Finance Center<br>200 Vesey Street<br>New York, NY 10285 | November 28, 2020 through February 26, 2021 | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **unsecured company credit card** |
| 3.2. | Chase Bank USA, NA<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | November 28, 2020 through February 26, 2021 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **unsecured company credit card** |
| 3.3. | Simmons Bank<br>1540 State HWY 248<br>Branson, MO 65616 | November 28, 2020 through February 26, 2021 | $6,947.11 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **mortgage payments** |
| 3.4. | Missouri Department of Revenue<br>Bankruptcy Unit<br>PO Box 475<br>Jefferson City, MO 65105-0475 | November 28, 2020 through February 26, 2021 | $19,027.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.5. | Neale & Newman<br>2144 E. Republic<br>Suite F-302<br>Springfield, MO 65804 | November 28, 2020 through February 26, 2021 | $7,293.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

| Debtor | Tranquility Group, LLC | | Case number (if known) | 21-60120 |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.6. | White River Valley Electric<br>Cooperative<br>PO Box 1518<br>Branson, MO 65615 | November 28, 2020 through February 26, 2021 | $23,496.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | Department of the Treasury<br>Internal Revenue Service<br>PO Box 9019<br>Holtsville, NY 11742-9019 | November 28, 2020 through February 26, 2021 | $20,317.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other payroll taxes |
| 3.8. | Charles Gardner<br>1851 Hampshire Ct.<br>Commerce Township, MI 48382 | November 28, 2020 through February 26, 2021 | $34,947.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other management of rental unit |
| 3.9. | The Cincinnati Insurance Companies<br>PO Box 145620<br>Cincinnati, OH 45250 | November 28, 2020 through February 26, 2021 | $13,435.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Commercial & Liability insurance for the whole resort |
| 3.10 | Joe Gioa<br>2816 Shepherd of the Hills Expy #105<br>Branson, MO 65616 | November 28, 2020 through February 26, 2021 | $9,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other labor for bungalows |
| 3.11 | Design Build<br>3994 North 20th St.<br>Ozark, MO 65721 | November 28, 2020 through February 26, 2021 | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other new pool construction |
| 3.12 | Rachel Mondt<br>PO Box 781341<br>Wichita, KS 67278 | November 28, 2020 through February 26, 2021 | $8,411.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other management of rental unit |

Debtor   **Tranquility Group, LLC**                                                         Case number *(if known)*   **21-60120**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13 **Christine Polo**<br>**16120 Paradise St.**<br>**Overland Park, KS 66221** | **November 28, 2020 through February 26, 2021** | **$34,188.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **management of rental unit** |
| 3.14 **Guaranty Bank**<br>**2144 East Republic**<br>**Springfield, MO 65804** | **December 2020** | **$450,000.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **12 lots were sold and the funds were to be paid to Guaranty Bank towards loans that were in arrears; however Guaranty Bank applied them to the infrastructure loan** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jeannette Hyams**<br>**769 State HWY 86**<br>**Ridgedale, MO 65739**<br>**10% Owner of BCR Partners, wife if Michael Hyams** | **February 26, 2020 through February 26, 2021** | **$5,208.83** | **housekeeping, decorations, expenses, etc.** |
| 4.2. **Michael Hyams**<br><br>**20% Owner of Tranquility Group, LLC** | **February 26, 2020 through February 26, 2021** | **$23,735.07** | **Maintenance, construction, expenses, etc.** |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Official Form 207                              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              page 4

Debtor   **Tranquility Group, LLC**                              Case number *(if known)*   **21-60120**

---

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|------------------------|----------------|-----------------------------------|----------------|
| 7.1. **Kaci Miller v The Tranquility Group, LLC d/b/a Branson Cedars Resort and John Doe, Manager of Branson Cedars Resort 2046-CC00119** | CC Personal Injury | Circuit Court of Taney County, Missouri 132 David Street Forsyth, MO 65653 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|-----------------------------------------------------------|-------------------------------------------|---------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Tranquility Group, LLC**    Case number *(if known)*    **21-60120**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Berman DeLeve Kuchan & Chapman, LLC** **1100 Main, Suite 2850** **Kansas City, MO 64105** | **Retainer** | **January 21, 2021** | **$30,000.00** |

**Email or website address**
**rweiss@bdkc.com**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

Debtor   **Tranquility Group, LLC**                                    Case number *(if known)*  **21-60120**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **165 Marina View Storage** **Branson Lakeview Storage** **5403 MO-165** **Branson, MO 65616** | **Michael Hyams** | **construction materials, decorations, refrigerators, hot water tanks, fireplaces, ligting, and furniture** | ☐ No ☑ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Tranquility Group, LLC**                                         Case number *(if known)*  **21-60120**

---

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Laurie Turner**<br>**330 Deer Run Rd.**<br>**Branson, MO 65616** | **01/01/2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Debtor    **Tranquility Group, LLC**    Case number *(if known)*    **21-60120**

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **G & H Accounting**<br>**1226 W. Battlefield**<br>**Springfield, MO 65807** | **01/01/2012 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Laurie Turner**<br>**330 Deer Run Rd.**<br>**Branson, MO 65616** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Zack Turner / Eric Alexander** | **06/17/2020** | **$165.25 Cost** |

| Name and address of the person who has possession of inventory records |
|---|
| **Tranquility Group, LLC**<br>**769 Sate HWY 86**<br>**Ridgedale, MO 65739** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles D. O'Kieffe | 8414 Monticello Ave.<br>Skokie, IL 60076 | Member | 60% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Patsy O'Kieffe | 8414 Monticello Ave.<br>Skokie, IL 60076 | Member | 20% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Michael Hyams | 769 State HWY 86<br>Ridgedale, MO 65739 | Member | 20% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Tranquility Group, LLC**                              Case number *(if known)*    **21-60120**

---

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Jeannette Hyams** | **$45,000** | **February 26, 2020 through February 26, 2021** | **Salary** |
| | **Relationship to debtor** | | | |
| 30.2 | **Michal Hyams** | **$27,000** | **February 26, 2020 through February 26, 2021** | **Salary** |
| | **Relationship to debtor** | | | |
| 30.3 | **Patsy O'Kieffe** | **$39,750** | **February 26, 2020 through February 26, 2021** | **Salary** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

---

Debtor   **Tranquility Group, LLC**                          Case number *(if known)*  **21-60120**

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3-29-21

Signature of individual signing on behalf of the debtor

**Michael R. Hyams**
Printed name

Position or relationship to debtor   **CQO/Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes