**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

In re:  TRANQUILITY GROUP, LLC                    §    Case No. 21-60120
                                                  §
                                                  §
                                                  §
                          Debtor(s)

---

**INTERIM TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Interim Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 02/26/2021. The case was converted to one under Chapter 7 on 08/10/2022. The undersigned trustee was appointed on 08/10/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $         2,256,522.68

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 10,000.00 |
| Administrative expenses | 134,098.86 |
| Bank service fees | 66,896.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 21,184.18 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 2,024,343.55 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/07/2023 and the deadline for filing governmental claims was 02/06/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed interim distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $35,304.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $35,304.99, for a total compensation of $35,304.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6,214.85 for total expenses of $6,214.85[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2025          By: /s/ Norman Rouse
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

Case No.:  21-60120

Case Name:   TRANQUILITY GROUP, LLC

Trustee Name:   (450240) Norman Rouse

Date Filed (f) or Converted (c):   08/10/2022 (c)

§ 341(a) Meeting Date:   09/29/2022

**For Period Ending:**   12/30/2025

Claims Bar Date:   01/07/2023

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Proceeds from the sale of Branson Cedars Resort  (u)<br><br>Funds were wired from the title company Great American Title Company to the Trustee -<br><br>Entered while the case was a Chapter 11 - Order #404 - Order (A) Approving Commercial Real Estate Agreement (Including Addendums) of Big Cedar, LLC and Authorizing the Sale of Substantially All of the Debtors' Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(B), 363(F) and 363(M); AND (C) Granting Related Relief . Signed on 7/14/2022 by The Honorable Brian T. Fenimore.<br><br>*** The funds received in this case are from the sale of ALL real estate and ALL assets of Tranquility Group LLC 21-60120 and BCR Partners LLC 21-60121 which were sold under the Order of Judge Fenimore.  The only reason there are assets left after the sale is because Big Cedar "by buyer" didn't want them. | Unknown | 2,165,959.50 | | 2,165,959.50 | FA |
| 2 | over payment on the Kubota Creditor Corporation - payoff (u)<br><br>over payment on the Kubota Creditor Corporation - payoff | Unknown | 10.50 | | 10.50 | FA |
| 3 | Account at Metropolitan Commercial Bank, xxxxxx8468 (u)<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 665,970.00 | 0.00 | | 0.00 | FA |
| 4 | Account at Metropolitan Commercial Bank, xxxxxx0187 (u)<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking (Pool Fees) Account at US Bank, xxxxxx3566 (u)<br><br>Account was for pool fees when the debtor was in a Chapter 11 | 47,986.07 | 47,986.07 | | 47,986.07 | FA |
| 6 | Checking (Sales Tax) Account at US Bank, xxxxxx3206 (u)<br><br>Account was for sales tax when the debtor was in a Chapter 11 | 3,383.80 | 3,383.80 | | 3,383.80 | FA |
| 7 | Checking (Payroll) Account at US Bank, xxxxxx3198 (u)<br><br>Account was for payroll when the debtor was in a Chapter 11 | 15,785.36 | 15,785.36 | | 15,785.36 | FA |
| 8 | Checking (Utilities) Account at US Bank, xxxxxx3374 (u)<br><br>Account was used for utilities when the debtor was in a Chapter 11 | 368.50 | 368.50 | | 368.50 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  2

**Case No.:**  21-60120

**Case Name:**  TRANQUILITY GROUP, LLC

**For Period Ending:**  12/30/2025

**Trustee Name:**  (450240) Norman Rouse

**Date Filed (f) or Converted (c):**  08/10/2022 (c)

**§ 341(a) Meeting Date:**  09/29/2022

**Claims Bar Date:**  01/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Checking (Retail) Account at US Bank, xxxxxx8594<br><br>- The debtor converted from a Chapter 11 at the time of filing the schedules showed $114,730.11 theses funds were in the account at the time filing but spent over the life of the Chapter 11 at the time of conversion to a Chapter 7 the balance was $1,272.30. | 1,295.30 | 1,272.30 | | 1,272.30 | FA |
| 10 | Checking (Operations) Account at US Bank, xxxxxx3180 (u)<br><br>This was the debtors operations account while they were in the Chapter 11 at the time of conversion there was $10,867.66 in the account. | 11,534.03 | 10,867.66 | | 10,867.66 | FA |
| 11 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Office Furniture<br><br>While in a Chapter 11 the debtor sold real estate and equipment to Big Cedar. The sale included these items. - This was originally listed as Office Furniture with a value of $10,000.00 but sold in the sale to Big Cedar. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Office Fixtures<br><br>While in a Chapter 11 the debtor sold real estate and equipment to Big Cedar. The sale included these items. - This included office fixtures in the sale.  - Debtors original listed this assets as office fixtures with a value of $3,000.00 the items went in the sale to Big Cedar. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Office Equipment including all computer equipment and communication systems equipment and software - office equipment<br><br>While in a Chapter 11 the debtor sold real estate and equipment to Big Cedar. The sale included these items. - This included office fixtures and computers and equipment in the sale. The debtors originally listed this items as office equipment including all computer equipment and communication systems equipment and software with a value of $4,000.00 they were including in the sale to Bid Cedar. | Unknown | 0.00 | | 0.00 | FA |
| 16 | Branson Lakeview Storage: Projectors, BOCA Ticket Machines, Monitors, Sound Equipment. (u) | Unknown | 2,500.00 | | 2,050.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 3

**Case No.:** 21-60120

**Case Name:** TRANQUILITY GROUP, LLC

**For Period Ending:** 12/30/2025

**Trustee Name:** (450240) Norman Rouse

**Date Filed (f) or Converted (c):** 08/10/2022 (c)

**§ 341(a) Meeting Date:** 09/29/2022

**Claims Bar Date:** 01/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Two (2) Computers: Debtors have two computers (hard drives, screens, and accessories) which have post-conversion been delivered to Trustee Rouse..<br>- Trustee has at his office do the accountant can get information off them for tax purposes for employees, and tax returns.  - Trustee assumes theses computers were originally listed under the office equipment in the original schedules.  Theses assets are also listed in the schedules of BCR Partners LLC Case No. 21-60121. | Unknown | 500.00 | | 0.00 | FA |
| 18 | One Computer removed from premises in April 2022 prior to conversion by Michael Hyams  (u) | Unknown | 500.00 | | 0.00 | FA |
| 19 | Assorted Antiques (old jukebox,doors, windows, wooden gates, tables, chairs, etc.). (u)<br>The Trustee asserts that theses items were sold in the sale to Big Cedar in the Chapter 11. | Unknown | 0.00 | | 0.00 | FA |
| 20 | BCR Resort (In Semi-Trailer): Wooden Fireplace Mantels Boxed (Approx. 200 Units). (u)<br>Trustee asserts that he viewed the items and they either went with to Big Cedar in the sale in the Chapter 11 or they were not assets of the estate. | Unknown | 0.00 | | 0.00 | FA |
| 21 | Stroller, Stagecoach, Chairs, Mirror piece, Boxes/Tubs of Clothes, Other Vintage Items.. (u)<br>Trustee asserts these items were in the sale to Big Cedar while the debtor was in a Chapter 11. | Unknown | 0.00 | | 0.00 | FA |
| 22 | Two (2) Airstream Trailers (in Hyams' Possession). (u)<br>Order # 542 - The Motion to sell 1972 Airstream Land Yacht Sovereign trailer  - 1976 Airstream Land Yacht Sovereign  Trailer is hereby granted .<br><br>Trustee has viewed this assets and it is striped down to just the shell of the trailers. | Unknown | 2,500.00 | | 4,250.00 | FA |
| 23 | Spartan Imperial Mansion Trailer (At BCR Resort). (u)<br>Trustee has viewed this asset and it is striped down to just the shell of the trailer. | Unknown | 1,500.00 | | 0.00 | FA |
| 24 | U.S. Patent No. 9896834: Treehouse Covering Process. (u)<br>There is a dispute on who owns the patent with Michael Hyams. Adversary action has been filed against Hyams | Unknown | 500.00 | | 0.00 | FA |
| 25 | Refunds on insurance policies  (u)<br>Refunds after cancellation of the insurance policies | Unknown | 3,722.00 | | 3,722.00 | FA |
| 26 | ACCOUNTS RECEIVABLE (u) | 200.00 | 200.00 | | 200.00 | FA |
| 27 | PPT Refund  (u) | 0.00 | 393.46 | | 393.46 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  4

Case No.:  21-60120

Case Name:   TRANQUILITY GROUP, LLC

For Period Ending:  12/30/2025

Trustee Name:  (450240) Norman Rouse

Date Filed (f) or Converted (c):  08/10/2022 (c)

§ 341(a) Meeting Date:  09/29/2022

Claims Bar Date:  01/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the account at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID<br><br>- The debtor converted from a Chapter 11 - this may have been the balance at the time of the filing of the Chapter 11 but the funds were spent during the Chapter 11 and no funds were in the petty cash at the time of conversion to a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 32 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 5

**Case No.:** 21-60120

**Case Name:** TRANQUILITY GROUP, LLC

**For Period Ending:** 12/30/2025

**Trustee Name:** (450240) Norman Rouse

**Date Filed (f) or Converted (c):** 08/10/2022 (c)

**§ 341(a) Meeting Date:** 09/29/2022

**Claims Bar Date:** 01/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 36 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 37 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 38 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 39 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 40 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 41 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 42 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 6

**Case No.:** 21-60120
**Case Name:** TRANQUILITY GROUP, LLC

**Trustee Name:** (450240) Norman Rouse
**Date Filed (f) or Converted (c):** 08/10/2022 (c)
**§ 341(a) Meeting Date:** 09/29/2022
**Claims Bar Date:** 01/07/2023

**For Period Ending:** 12/30/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 43 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 44 | Treehouse Model 230 Oakmont Hills Dr Ridgedale MO<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 200,000.00 | 0.00 | | 0.00 | FA |
| 45 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 46 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 47 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 48 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 49 | VOID<br>Debtors were originally a Chapter 11 before converting to a Chapter 7. Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 21-60120

**Case Name:** TRANQUILITY GROUP, LLC

**For Period Ending:** 12/30/2025

**Trustee Name:** (450240) Norman Rouse

**Date Filed (f) or Converted (c):** 08/10/2022 (c)

**§ 341(a) Meeting Date:** 09/29/2022

**Claims Bar Date:** 01/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 50 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 51 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 52 | VOID<br><br>Debtors were originally a Chapter 11 before converting to a Chapter 7.  Assets were used during the Chapter 11 for operating the business and real estate, equipment and inventory were sold to Big Cedar through the bankruptcy court while there were in the Chapter 11. These assets does not exist now that the estate is a Chapter 7. | 0.00 | 0.00 | | 0.00 | FA |
| 53 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 54 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 55 | Adversary Action 22-06007-can - Tranquility Group vs Hyams  (u)<br><br>22-06007 Adversary complaint for turnover of funds and accounting and damages - Trustee has reached a settlement agreement in the adversary proceeding. | Unknown | 50,000.00 | | 0.00 | FA |
| 56 | Belle Meade Owners Assoc Inc vs The Cincinnati Insurance Company - settlement (u) | 0.00 | 273.53 | | 273.53 | FA |
| **56** | **Assets Totals (Excluding unknown values)** | **$2,446,523.06** | **$2,308,222.68** | | **$2,256,522.68** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 21-60120

**Case Name:** TRANQUILITY GROUP, LLC

**For Period Ending:** 12/30/2025

**Trustee Name:** (450240) Norman Rouse

**Date Filed (f) or Converted (c):** 08/10/2022 (c)

**§ 341(a) Meeting Date:** 09/29/2022

**Claims Bar Date:** 01/07/2023

**Major Activities Affecting Case Closing:**

*** The funds received in this case are from the sale of ALL real estate and ALL assets of Tranquility Group LLC 21-60120 and BCR Partners LLC 21-60121 which were sold under the Order of Judge Fenimore.  The only reason there are assets left after the sale is because Big Cedar "by buyer" didn't want them.

08/11/2022 - Hire Roger Wrestler as Accountant for the estate and Hire CWR as attorney for the Trustee
08/17/2022 - Received a over payment  from Kubota Credit
09/02/2022 - Stretto has agreed to not charge banking fees on the account with 1.5 million in it until 12/31/2023
09/20/2022 - Closed out the bank accounts at US Bank
09/27/2022 - Cut check for H&H Management - Order # 431
10/06/2022 Requested bar date for estate
10/06/2022 - Wire Transfer to Great American Title Company  - Order # 435
10/06/2022 - Paid October 2022 storage unit fees
10/13/2022 - Received the refund checks from Missouri Employers Mutual and Cincinnati Insurance Company from cancellation of policies
10/27/2022 - Filed the 941 Forms with the MODR
11/30/2022 -Paid storage fees
12/06/2022 - Application to pay Roger for work done on the case
01/10/2023 - Order # 466 pay Accountant $55
01/26/2023 - Cut check for Form 940 Employer's Annual Federal Unemployment tax and mailed out all the W2's for all employees

02/01/2023 - Roger is working on the 2022 tax return

04/01/2023 - Paid the storage units fees
04/03/2023 - Received check from DDL Finance LLC - says PPT Refund
04/06/2023 - Order # 475 Pay accountant for the Trustee $757
04/18/2023 - Signed the 2022 tax return - Application to pay accountant for the tax returns
05/19/2023 - Order # 479  - Order granting application for compensation for Accountant $ 435.00
08/09/2023 - Notice to take deposition of Laurie Turner and Subpoena
09/21/2023 - Order # 484 - Trustee's Administrative Expenses - cut check
01/31/2024 - sent documents to accountant to review to see if a 2023 tax return needs to be filing in the estate
03/04/2024 - Order # 513 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $25,759.00, Expenses awarded: $0.00; Awarded on 3/1/2024 - cut check
03/22/2024 - Cut check to Ronald Weiss for Chapter 11 Admin fees Order # 518
03/28/2024 - We received approval from the bank to have an exemption on the bank account with 1.5 million in the account from bank fee until 06/30/2024
04/04/2024 Trustee appears in Branson at the depositions of all three of Diana Brazeale's clients the Honey Pot, Log Cabin Cafe, Outlaw Joes
04/15/2024 - Application to pay Accountant for the 2023 tax returns
04/24/2024 Trustee appears at the deposition of Patsy O'Keiff
04/29/2024 - Trustee appears at the deposition of Michael Hyams
05/17/2024 - Order # 524 The Application for Compensation is hereby Granted Roger Wrestler, Hardy Wrestler & Associates CPA PC Fees awarded: $450.00, Expenses awarded: $0.00
08/09/2024 - Filed the motion to sell the two airstreams  - Filing fee on motion to sell two trailers in Tranquility 21-60120
09/18/2024 - Deposit funds from selling kiosks
09/24/2024 - Filed objection to Claim # 24
10/08/2024 -Appearance at hearing - Hearing Held re: Joint Motion to Approve Compromise under Rule 9019 and Settlement of Trustee's Objection to Amended Claim Number 39-2 of Jeannette S. Hyams and Creditor Motion to Strike Limited Objection by Creditor Charles O'Kieffe III Trust and O'Kieffe Family Partners LP to Joint Mot for Approval of Settlement and Compromise of Trustee's Objection to Amended Claim 39-2
10/08/2024 Order # 566 - The Joint Motion to Approve Compromise under Rule 9019 and Settlement of Trustee's Objection to Amended Claim Number 39-2 of Jeannette S. Hyams is hereby GRANTED. It is so

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 9

| | |
|---|---|
| **Case No.:** 21-60120 | **Trustee Name:** (450240) Norman Rouse |
| **Case Name:** TRANQUILITY GROUP, LLC | **Date Filed (f) or Converted (c):** 08/10/2022 (c) |
| | **§ 341(a) Meeting Date:** 09/29/2022 |
| **For Period Ending:** 12/30/2025 | **Claims Bar Date:** 01/07/2023 |

ORDERED by /s/Brian T. Fenimore.

10/29/2024 - Order # 568 - The Objection to Claim number 24 of Valerie Budd, d/b/a Rent Branson is hereby GRANTED

11/18/2024 - BCR Order # 141 The Trustee's Motion for a Settlement Agreement with Simmons Bank regarding its loan payoff included charges for attorney fees and late charges - cutting check to Simmons Bank for $10,000 funds are from the closing and all funds were deposited in the account for Tranquility

12/04/2024 - Order # 575 - The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $22,278.00, Expenses awarded: $3,482.55; Awarded on 12/4/2024. It is so ORDERED by /s/ Brian T. Fenimore

12/17/2024 - Motion to settlement with Claims # 42, 43 and 41 - settled through mediation

12/18/2024 - Cut check to Tom O'Neal for mediation services  - Order # 579 -The Application for Compensation is hereby Granted for Tom O'Neal, Mediator, Fees awarded: $4,860.00, Expenses awarded: $0.00;

02/26/2025 - Received the funds for the sale of the two air stream trailers at auction

03/04/2025 -Order # 611 - The Objection to Claim number 7 of Guaranty Bank is hereby GRANTED, Order # 611 - The Objection to Claim number 6 of Guaranty Bank is hereby GRANTED; Order # 611 - The Objection to Claim number 8 of Guaranty Bank is hereby GRANTED; Order # 608 - The Objection to Claim number 10 of Guaranty Bank is hereby GRANTED; Order # 609 - The Objection to Claim number 9 of Guaranty Bank is hereby GRANTED; Order # 607 - The Objection to Claim number 11 of Guaranty Bank is hereby GRANTED; Order # 606 - The Objection to Claim number 12 of Guaranty Bank is hereby GRANTED; Order # 605 - The Objection to Claim number 13 of Guaranty Bank is hereby GRANTED; Order # 604 - The Objection to Claim number 17 of Guaranty Bank is hereby GRANTED; Order # 603 - The Objection to Claim number 15 of H&H Management is hereby GRANTED; Order # 601 The Objection to Claim number 4 of Kubota Credit Corporation is hereby GRANTED; Order # 602 - The Objection to Claim number 16 of Woodward Rentals LLC is hereby GRANTED; Order # 600 - The Objection to Claim number 5 of DLL Finance LLC is hereby GRANTED

04/18/2025 - Trustee is reviewing all timeshare claims and reviewing them against the documents before closing the estate

07/09/2025 - Order # 666 - The Objection to Claim number 27 in this case and Claim Claim number 6 in BCR (case number 21-60121) of Shelley and Larry Hickerson is hereby GRANTED. Claim number 21 of Shelley and Larry Hickerson is allowed as filed in the amount of $9, 199.00. It is so ORDERED by /s/ Brian T. Fenimore

- 07/06/2025 - amended claim was filed - the amount is now listed as unsecured

07/09/2025 - Order 663 - The Objection to Claim number 36-1 of Mary Peterson and Joe Desko is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore

07/09/2025 - Order # 662 - The Objection to Claim number 19-1 of Eddie and Virginia Young is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore

07/09/2025 -  07/09/2025 - Document # 660 - Hearing Held re: Objection to Claim Number 23 by Claimant Tommy and Rose Smith and Objection to Claim Number 31 by Claimant Wilbert and Debra Jenkins . ERO - KA (Amended Proof of Claims to be filed within 14 days)

07/10/2025 - Daniel Dunkel amended claim #28 with Claim # 47

07/14/2025 Claim # 31 amended by Claim # 47

08/01/2025 - withdraw of objection to claim # 32

09/09/2025 - Adversary Case Closed - Application for Compensation for Norman Rouse in the amount of - Fees: $3,025.00, Expenses: $0.00

09/11/2025 - Doc # 46 in Adversary Hyams 22-6007 - Judgment has been satisfied

09/30/2025 - Order # 678 - The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $11,890.00, Expenses awarded: $0.00; Awarded on 9/29/2025. It is so ORDERED by /s/ Brian T. Fenimore

11/19/2025 - Telephone conference with L&J Log Cabins Ridgedale and they emailed a change of address for their claim

12/05/2025 - Order # 684 - Order Granting Motion to Approve Settlement Agreement with O'Kieffe Family Partners LP regarding treatment of the O'Kieffe Trust claim # 44-1. Signed on 12/5/2025.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2024 | | **Current Projected Date Of Final Report (TFR):** 12/30/2025 | |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**  21-60120

**Case Name:**    TRANQUILITY GROUP, LLC

**For Period Ending:**  12/30/2025

**Trustee Name:**    (450240) Norman Rouse

**Date Filed (f) or Converted (c):**    08/10/2022 (c)

**§ 341(a) Meeting Date:**    09/29/2022

**Claims Bar Date:**    01/07/2023

| 12/30/2025 | /s/Norman Rouse |
|---|---|
| Date | Norman Rouse |

## Form 2

### Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 21-60120 | |
| **Case Name:** | TRANQUILITY GROUP, LLC | |
| **Taxpayer ID #:** | **-***3101 | |
| **For Period Ending:** | 12/30/2025 | |

| | |
|---|---|
| **Trustee Name:** | Norman Rouse (450240) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8468 Checking |
| **Blanket Bond (per case limit):** | $14,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/22 | {1} | Great American Title Company | Reserve for Simmons Bank - held back from the closing on 08/03/2022 due to a dispute on the payoff amount with bank - Trustee to hold funds until issue with the payoff is resolved - WIRE FROM EFB GREAT AMERICAN CLOS | 1210-000 | 20,000.00 | | 20,000.00 |
| 08/15/22 | {1} | Great American Title Company | Proceeds from sale (Order # 404 ) of Branson Cedars Resort that happened prior to the conversion from a Chapter 11 to a Chapter 7 - the funds are the proceeds from the sale($2,145,959.5) and the real estate taxes that had been already paid ($9,869.09) | 1210-000 | 2,145,959.50 | | 2,165,959.50 |
| 08/17/22 | {2} | Kubota Credit Corporation USA | over payment on the Kubota Creditor Corporation - payoff | 1221-000 | 10.50 | | 2,165,970.00 |
| 08/19/22 | | To Account #******0187 | Transferring funds to this account and requesting an exemption from the bank on this account from banking fees. While the Trustee works through the rest of the case. | 9999-000 | | 1,500,000.00 | 665,970.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 889.81 | 665,080.19 |
| 09/20/22 | {5} | US Bank | closing of the pool fees account # 3566 | 1229-000 | 47,986.07 | | 713,066.26 |
| 09/20/22 | {6} | US Bank | closing out of the sales tax account # 3206 | 1229-000 | 3,383.80 | | 716,450.06 |
| 09/20/22 | {7} | US Bank | closing of the payroll account # 3198 | 1229-000 | 15,785.36 | | 732,235.42 |
| 09/20/22 | {10} | US Bank | Closing out of the Operations account # 3180 | 1229-000 | 10,340.52 | | 742,575.94 |
| 09/20/22 | {8} | US Bank | Closing of the Utilities account # 3374 | 1229-000 | 368.50 | | 742,944.44 |
| 09/20/22 | {9} | US Bank | closing of the Rental bank account # 8594 | 1129-000 | 1,272.30 | | 744,216.74 |
| 09/23/22 | {10} | Tranquility Group | money from operating business | 1229-000 | 527.14 | | 744,743.88 |
| 09/27/22 | 101 | H&H Management LLC | Account # 4024 Branson Cedar - Order # 431 | 6990-000 | | 7,144.79 | 737,599.09 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,108.42 | 736,490.67 |
| 10/06/22 | | Great American Title Insurance | WIRE TO Great American Title Inc Order # 435 - | 2500-000 | | 4,057.86 | 732,432.81 |
| 10/13/22 | {25} | The Cincinnati Insurance Company | refund from cancellation of policy | 1229-000 | 2,789.00 | | 735,221.81 |
| 10/13/22 | {25} | Missouri Employers Mutual | refund after policy cancelation | 1229-000 | 933.00 | | 736,154.81 |
| 10/25/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX2334 | Transition Debit to TriState Capital Bank acct XXXXXX2334 | 9999-000 | | 736,154.81 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 2,249,355.69 | 2,249,355.69 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 2,236,154.81 | |
| **Subtotal** | 2,249,355.69 | 13,200.88 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,249,355.69 | $13,200.88 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)        ! - transaction has not been cleared

# Form 2

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 21-60120 | | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|---|
| Case Name: | TRANQUILITY GROUP, LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3101 | | Account #: | ******0187 Checking |
| For Period Ending: | 12/30/2025 | | Blanket Bond (per case limit): | $14,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/22 | | To Account #******0187 | Transferring funds to this account and requesting an exemption from the bank on this account from banking fees. While the Trustee works through the rest of the case. | 9999-000 | 1,500,000.00 | | 1,500,000.00 |
| 10/25/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX2367 | Transition Debit to TriState Capital Bank acct XXXXXX2367 | 9999-000 | | 1,500,000.00 | 0.00 |
| | | COLUMN TOTALS | | | 1,500,000.00 | 1,500,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 1,500,000.00 | 1,500,000.00 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 21-60120 | | Trustee Name: | | Norman Rouse (450240) | |
| Case Name: | TRANQUILITY GROUP, LLC | | Bank Name: | | TriState Capital Bank | |
| Taxpayer ID #: | **-***3101 | | Account #: | | ******2334 Checking Account | |
| For Period Ending: | 12/30/2025 | | Blanket Bond (per case limit): | | $14,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX8468 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX8468 | 9999-000 | 736,154.81 | | 736,154.81 |
| 10/27/22 | 1000 | MISSOURI DEPARTMENT OF REVENUE | 941- Form MODES-4 for 3rd Quarter | 6950-000 | | 32.02 | 736,122.79 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,143.63 | 734,979.16 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,256.64 | 733,722.52 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,175.96 | 732,546.56 |
| 01/10/23 | 1001 | Roger Wrestler | Order # 466 pay Accountant $55 | 3410-000 | | 55.00 | 732,491.56 |
| 01/12/23 | {26} | Elavon | payment on account receivable | 1221-000 | 200.00 | | 732,691.56 |
| 01/26/23 | 1002 | Internal Revenue Service | Form 940 Employer's Annual Federal Unemployment tax | 6950-000 | | 8.74 | 732,682.82 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,252.52 | 731,430.30 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,094.14 | 730,336.16 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,209.55 | 729,126.61 |
| 04/03/23 | {27} | DLL Finance LLC | payment to the debtor - PPT Refund | 1221-000 | 393.46 | | 729,520.07 |
| 04/06/23 | 1003 | Roger Wrestler | Order # 475 pay Accountant $757 | 3410-000 | | 757.00 | 728,763.07 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,090.57 | 727,672.50 |
| 05/19/23 | 1004 | Roger Wrestler | Order # 479 - Order granting application for compensation for Accountant $ 435.00 | 3410-000 | | 435.00 | 727,237.50 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,282.89 | 725,954.61 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,163.67 | 724,790.94 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,122.92 | 723,668.02 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,275.95 | 722,392.07 |
| 09/21/23 | 1005 | Norman E. Rouse | Order # 484 - Trustee's Administrative Expenses | 3120-000 | | 12,458.08 | 709,933.99 |
| 09/22/23 | 1006 | Norman Rouse | 2023-2024 Chapter 7 Bond | 2300-000 | | 1,583.04 | 708,350.95 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,119.21 | 707,231.74 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,211.32 | 706,020.42 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,131.56 | 704,888.86 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,092.09 | 703,796.77 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,237.71 | 702,559.06 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,085.51 | 701,473.55 |

Page Subtotals:    $736,748.27    $35,274.72

## Form 2

### Cash Receipts And Disbursements Record

| Case No.: | 21-60120 | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|
| Case Name: | TRANQUILITY GROUP, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3101 | Account #: | ******2334 Checking Account |
| For Period Ending: | 12/30/2025 | Blanket Bond (per case limit): | $14,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/24 | 1007 | Norman E. Rouse | Order # 513 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $25,759.00, Expenses awarded: $0.00; Awarded on 3/1/2024 | 3110-000 | | 25,759.00 | 675,714.55 |
| 03/22/24 | 1008 | Ronald S. Weiss | Order # 518 - Order Directing the Chapter 7 Trustee to Pay the Allowed Priority Claim of Berman DeLeve Kuchan and Chapman LLC | 6700-180 | | 34,512.47 | 641,202.08 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,053.63 | 640,148.45 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,096.91 | 639,051.54 |
| 05/17/24 | 1009 | Roger Wrestler | Order # 524 The Application for Compensation is hereby Granted Roger Wrestler, Hardy Wrestler & Associates CPA PC Fees awarded: $450.00, Expenses awarded: $0.00 | 3410-000 | | 450.00 | 638,601.54 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,055.48 | 637,546.06 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 951.16 | 636,594.90 |
| 08/20/24 | 1010 | Norman Rouse | Chapter 7 Bond Premium 08/01/24-08/01/25 | 2300-000 | | 1,840.36 | 634,754.54 |
| 09/18/24 | {16} | Brian Jordan | 17 Wooden kiosks from storages units in Branson | 1229-000 | 1,700.00 | | 636,454.54 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 981.65 | 635,472.89 |
| 10/03/24 | {16} | Sheri Smith | Misc Christmas deco and Misc items from storage unit | 1229-000 | 350.00 | | 635,822.89 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,117.91 | 634,704.98 |
| 11/18/24 | 1011 | Simmons Bank | BCR Order # 141 The Trustee's Motion for a Settlement Agreement with Simmons Bank regarding its loan payoff included charges for attorney fees and late charges - cutting check to Simmons Bank for $10,000 funds are from the closing and all funds were deposited in the account for Tranquility | 4110-000 | | 10,000.00 | 624,704.98 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 946.85 | 623,758.13 |
| 12/04/24 | 1012 | Norman E. Rouse | The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $22,278.00, Expenses awarded: $3,482.55; Awarded on 12/4/2024. It is so ORDERED by /s/ Brian T. Fenimore | | | 25,760.55 | 597,997.58 |
| | | Norman E. Rouse | The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $22,278.00, Expenses awarded: $3,482.55; Awarded on 12/4/2024. It is so ORDERED by /s/ Brian T. Fenimore    $22,278.00 | 3110-000 | | | |

Page Subtotals:  $2,050.00   $105,525.97

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 21-60120 | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|
| Case Name: | TRANQUILITY GROUP, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3101 | Account #: | ******2334 Checking Account |
| For Period Ending: | 12/30/2025 | Blanket Bond (per case limit): | $14,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Norman Rouse | The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $22,278.00, Expenses awarded: $3,482.55; Awarded on 12/4/2024. It is so ORDERED by /s/ Brian T. Fenimore  $3,482.55 | 3120-000 | | | |
| 12/17/24 | {56} | Belle Meade Labor Depreciation Settlement | payment on Belle Meade Owners Assoc Inc vs The Cincinnati Insurance Company - settlement | 1249-000 | 273.53 | | 598,271.11 |
| 12/18/24 | 1013 | Tom O'Neal | Order # 579 -The Application for Compensation is hereby Granted for Tom O'Neal, Mediator, Fees awarded: $4,860.00, Expenses awarded: $0.00; | 3721-000 | | 4,860.00 | 593,411.11 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 1,102.04 | 592,309.07 |
| 02/26/25 | | DSA Real Estate LLC | payment for the sale of two air stream trailers by auction | | 3,425.00 | | 595,734.07 |
| | | DSA Real Estate LLC | Expenses from the sale of the two air streams  -$400.00 | 3620-000 | | | |
| | | DSA Real Estate LLC | Commission Auctioneer for the sale of the two air streams  -$425.00 | 3610-000 | | | |
| | {22} | Diamond S Auction & Real Estate Co | Auction of the two air stream  $4,250.00 | 1229-000 | | | |
| 09/11/25 | 1014 | Norman Rouse | Chapter 7 Blanket Bond 08/01/25 to 08/01/2026 | 2300-000 | | 1,669.95 | 594,064.12 |
| 09/30/25 | 1015 | Norman E. Rouse | Order # 678 - The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $11,890.00, Expenses awarded: $0.00; Awarded on 9/29/2025. It is so ORDERED by /s/ Brian T. Fenimore | 3110-000 | | 11,890.00 | 582,174.12 |
| 12/05/25 | 1016 | Norman Rouse, Trustee | Transfer of funds to BCR for TFR | 8500-000 | | 21,184.18 | 560,989.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 742,496.80 | 181,506.86 | $560,989.94 |
| | | Less: Bank Transfers/CDs | | | 736,154.81 | 0.00 | |
| | | Subtotal | | | 6,341.99 | 181,506.86 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $6,341.99 | $181,506.86 | |

| { } Asset Reference(s) | UST Form 101-7-TFR (5/1/2011) | ! - transaction has not been cleared |
|---|---|---|

# Form 2

Exhibit B

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 21-60120 | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|
| Case Name: | TRANQUILITY GROUP, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3101 | Account #: | ******2367 Checking Account |
| For Period Ending: | 12/30/2025 | Blanket Bond (per case limit): | $14,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX0187 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX0187 | 9999-000 | 1,500,000.00 | | 1,500,000.00 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,516.79 | 1,496,483.21 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,409.23 | 1,493,073.98 |
| 09/23/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -6,926.02 | 1,500,000.00 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,395.98 | 1,496,604.02 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,125.14 | 1,493,478.88 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,236.84 | 1,490,242.04 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,566.50 | 1,486,675.54 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,337.56 | 1,483,337.98 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,221.13 | 1,480,116.85 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,660.09 | 1,476,456.76 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,210.47 | 1,473,246.29 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,535.76 | 1,469,710.53 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 3,402.06 | 1,466,308.47 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 2,954.86 | 1,463,353.61 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 1,500,000.00 | 36,646.39 | $1,463,353.61 |
| | Less: Bank Transfers/CDs | | | | 1,500,000.00 | 0.00 | |
| | Subtotal | | | | 0.00 | 36,646.39 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $0.00 | $36,646.39 | |

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit B
Page:   7

| | |
|---|---|
| **Case No.:** | 21-60120 |
| **Case Name:** | TRANQUILITY GROUP, LLC |
| **Taxpayer ID #:** | **-***3101 |
| **For Period Ending:** | 12/30/2025 |

| | |
|---|---|
| **Trustee Name:** | Norman Rouse (450240) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******2367 Checking Account |
| **Blanket Bond (per case limit):** | $14,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $2,255,697.68 |
| Plus Gross Adjustments: | $825.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,256,522.68 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8468 Checking | $2,249,355.69 | $13,200.88 | $0.00 |
| ******0187 Checking | $0.00 | $0.00 | $0.00 |
| ******2334 Checking Account | $6,341.99 | $181,506.86 | $560,989.94 |
| ******2367 Checking Account | $0.00 | $36,646.39 | $1,463,353.61 |
| | **$2,255,697.68** | **$231,354.13** | **$2,024,343.55** |

| | |
|---|---|
| 12/30/2025 | /s/Norman Rouse |
| Date | Norman Rouse |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| secbank | Simmons Bank<br>82 Corporate Woods<br>10851 Mastin Boulevard Suite 900<br>Overland Parks, KS 66210-1687<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br>11/18/24 | | $10,000.00<br>$10,000.00 | $10,000.00 | $0.00 |
| | BCR Order # 141 The Trustee's Motion for a Settlement Agreement with Simmons Bank regarding its loan payoff included charges for attorney fees and late charges - cutting check to Simmons Bank for $10,000 funds are from the closing and all funds were deposited in the account for Tranquility | | | | | |
| 4 | Kubota Credit Corporation<br>P.O. Box 2313<br>Carol Stream, IL 60132<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br>04/18/21 | | $64,044.73<br>$0.00 | $0.00 | $0.00 |
| | Order # 601 The Objection to Claim number 4 of Kubota Credit Corporation is hereby GRANTED | | | | | |
| 6 | Guaranty Bank<br>2144 East Republic<br>Springfield, MO 65804-0000<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br>04/30/21 | | $1,211,102.55<br>$0.00 | $0.00 | $0.00 |
| | Order # 612 - The Objection to Claim number 6 of Guaranty Bank is hereby GRANTED | | | | | |
| 7 | Guaranty Bank<br>2144 East Republic<br>Springfield, MO 65804-0000<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br>04/30/21 | | $201,447.58<br>$0.00 | $0.00 | $0.00 |
| | Order # 611 - The Objection to Claim number 7 of Guaranty Bank is hereby GRANTED | | | | | |
| 8 | Guaranty Bank<br>2144 East Republic<br>Springfield, MO 65804-0000<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br>04/30/21 | | $149,448.06<br>$0.00 | $0.00 | $0.00 |
| | Order # 611 - The Objection to Claim number 8 of Guaranty Bank is hereby GRANTED | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/30/21 | | $981,630.00 $0.00 | $0.00 | $0.00 |
| | Order # 609 - The Objection to Claim number 9 of Guaranty Bank is hereby GRANTED | | | | | |
| 10 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/30/21 | | $44,079.08 $0.00 | $0.00 | $0.00 |
| | Order # 608 - The Objection to Claim number 10 of Guaranty Bank is hereby GRANTED | | | | | |
| 11 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/30/21 | | $27,888.79 $0.00 | $0.00 | $0.00 |
| | Order # 607 - The Objection to Claim number 11 of Guaranty Bank is hereby GRANTED | | | | | |
| 12 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/30/21 | | $186,627.64 $0.00 | $0.00 | $0.00 |
| | Order # 606 - The Objection to Claim number 12 of Guaranty Bank is hereby GRANTED | | | | | |
| 13 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 04/30/21 | | $148,166.61 $0.00 | $0.00 | $0.00 |
| | Order # 605 - The Objection to Claim number 13 of Guaranty Bank is hereby GRANTED | | | | | |
| 31S | Wilbert & Debra Jenkins 4355 Metarus Dr. Florissant, MO 63033 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 10/31/22 | | $6,547.45 $0.00 | $0.00 | $0.00 |

## Exhibit C

### Analysis of Claims Register

**Case: 21-60120 TRANQUILITY GROUP, LLC**

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 04/29/2025 - Objected to claim  - The bankruptcy estate will not distribute funds to the secured creditor the lien passes thru the bankruptcy. <br> 07/14/2025 - Amended by claim # 47 - court moved the amended claim to #31 - so claim #47 is moot | | | | | |
| Account ant | Roger Wrestler <br> 2430 SOUTH JACKSON <br> P.O. BOX 1781 <br> JOPLIN, MO 64802 <br> <3410-000 Accountant for Trustee Fees (Other Firm)> <br> , 200 | Administrative <br><br> 01/10/23 | | $1,697.00 <br><br> $1,697.00 | $1,697.00 | $0.00 |
| | 08/12/2022 - Order # 420  - The Motion to employ Roger Wrestler with Hardy Wrestler & Associates PC as Accountant is hereby Granted. <br><br> Order # 466 pay Accountant $55 <br> Order # 475 pay Accountant $757 <br> Order # 479  - Order granting application for compensation for Accountant $ 435.00 <br> Order # 524 The Application for Compensation is hereby Granted Roger Wrestler, Hardy Wrestler & Associates CPA PC Fees awarded: $450.00, Expenses awarded: $0.00 | | | | | |
| Adm #435 | Great American Title Insurance <br> 506 West Battlefield <br> Springfield, MO 65807 <br> <2500-000 Costs re Sale of Property (closing costs, etc.)> <br> , 200 | Administrative <br><br> 10/07/22 | | $0.00 <br><br> $4,057.86 | $4,057.86 | $0.00 |
| Atty Fees | Norman E. Rouse <br> 5957 East 20th Street <br> Joplin, MO 64801 <br> <3110-000 Attorney for Trustee Fees (Trustee Firm)> <br> , 200 | Administrative <br><br> 03/04/24 | | $59,927.00 <br><br> $59,927.00 | $59,927.00 | $0.00 |
| | 08/12/2022 - Order # 419 - The Trustee's Motion to Employ Collins Webster & Rouse Collins PC as attorney for the Trustee <br><br> Order # 513 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $25,759.00, Expenses awarded: $0.00; Awarded on 3/1/2024 <br><br> Order # 575 - The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $22,278.00, Expenses awarded: $3,482.55; Awarded on 12/4/2024. It is so ORDERED by /s/ Brian T. Fenimore <br><br> Order # 678 - The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $11,890.00, Expenses awarded: $0.00; Awarded on 9/29/2025. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Auction commis | DSA Real Estate LLC<br>1596 Hwy 32<br>Bolivar , MO 65613<br><3610-000 Auctioneer for Trustee Fees><br>, 200 | Administrative<br>02/26/25 | | $425.00<br>$425.00 | $425.00 | $0.00 |
| Auction exp | DSA Real Estate LLC<br>1596 Hwy 32<br>Bolivar , MO 65613<br><3620-000 Auctioneer/Liquidator for Trustee Expenses><br>, 200 | Administrative<br>02/26/25 | | $400.00<br>$400.00 | $400.00 | $0.00 |
| BOND | Norman Rouse<br>5957 East 20th Street<br>Joplin, MO 64801<br><2300-000 Bond Payments><br>, 200 | Administrative<br>09/22/23 | | $0.00<br>$1,583.04 | $1,583.04 | $0.00 |
| BOND | Norman Rouse<br>5957 East 20th Street<br>Joplin, MO 64801<br><2300-000 Bond Payments><br>, 200 | Administrative<br>08/20/24 | | $0.00<br>$1,840.36 | $1,840.36 | $0.00 |
| BOND | Norman Rouse<br>5957 East 20th Street<br>Joplin, MO 64801<br><2300-000 Bond Payments><br>, 200 | Administrative<br>09/11/25 | | $0.00<br>$1,669.95 | $1,669.95 | $0.00 |
| FEE | Norman Rouse<br>5957 East 20th<br>Joplin, MO 64801<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/18/25 | | $35,304.99<br>$35,304.99 | $0.00 | $35,304.99 |
| mediator | Tom O'Neal<br>7505 N. State Highway Z<br>Willard, MO 65781<br><3721-000 Arbitrator/Mediator for Trustee Fees><br>, 200 | Administrative<br>12/18/24 | | $4,860.00<br>$4,860.00 | $4,860.00 | $0.00 |

Order # 579 The Application for Compensation is hereby Granted for Tom O'Neal, Mediator, Fees awarded: $4,860.00, Expenses awarded: $0.00; Awarded on 12/13/2024

## Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TE | Norman Rouse 5957 East 20th Joplin, MO 64801 <2200-000 Trustee Expenses> , 200 | Administrative 11/07/25 | | $6,214.85 $6,214.85 | $0.00 | $6,214.85 |
| CHp 11 aty fees | Ronald S. Weiss Berman, DeLeve, Kuchan & Chapman LLC 1100 Main Suite 2850 Kansas City, MO 64105 <6700-180 Attorney for Debtor Fees (Chapter 12 or 13)> , 300 | Administrative 03/22/24 | | $34,512.47 $34,512.47 | $34,512.47 | $0.00 |
| | Order # 518 - Order Directing the Chapter 7 Trustee to Pay the Allowed Priority Claim of Berman DeLeve Kuchan and Chapman LLC - $34,512.48 | | | | | |
| Chp 11adm | H&H Management LLC PO Box 459 Lowell, AR 72745 <6990-000 Other Prior Chapter Administrative Expenses> , 300 | Administrative 09/27/22 | | $7,144.79 $7,144.79 | $7,144.79 | $0.00 |
| | Order # 431 - Paying H&H Management for a wooden building on a lease - this was included in sale to Big Cedar that accurred while the case was a Chapter 11 | | | | | |
| Tax Unempl | Internal Revenue Service , <6950-000 Prior Chapter Other Operating Expenses> , 300 | Administrative 01/26/23 | | $8.74 $8.74 | $8.74 | $0.00 |
| | Form 940 Employer's Annual Federal Unemployment tax | | | | | |
| 3rd 941s | MISSOURI DEPARTMENT OF REVENUE P.O. BOX 888 JEFFERSON CITY, MO 65102-0888 <6950-000 Prior Chapter Other Operating Expenses> , 300 | Administrative 10/27/22 | | $32.02 $32.02 | $32.02 | $0.00 |
| | 941 - Form MODES-4 Contribution and wage report for the 3rd Quarter - | | | | | |
| 15P | H&H Management PO Box 459 Lowell, AR 72745 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 04/30/21 | | $3,025.00 $0.00 | $0.00 | $0.00 |
| | Order # 603 - The Objection to Claim number 15 of H&H Management is hereby GRANTED | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16P | Woodward Rentals LLC<br>PO Box 105<br>Lowes, KY 42061-0000<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/30/21 | | $3,025.00<br>$0.00 | $0.00 | $0.00 |
| | Order # 602 - The Objection to Claim number 16 of Woodward Rentals LLC is hereby GRANTED | | | | | |
| 19P | Eddie and Virginia Young<br>1623 Edna Drive<br>Lima, OH 45807<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/06/22 | | $3,600.00<br>$0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim - 07/06/2025 - amended claim was filed - the amount is now listed as unsecured 07/09/2025 -Order # 662 - The Objection to Claim number 19-1 of Eddie and Virgina Young is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 23P | Tommy & Rose Smith<br>22392 Bertolino Ave.<br>Nokemis, IL 62075<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>08/15/22 | | $3,350.00<br>$0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim  - The bankruptcy estate will not distribute funds to the secured creditor the lien passes thru the bankruptcy.<br>07/09/2025 - Document # 660 - Hearing Held re: Objection to Claim Number 23 by Claimant Tommy and Rose Smith and Objection to Claim Number 31 by Claimant Wilbert and Debra Jenkins . ERO - KA (Amended Proof of Claims to be filed within 14 days) | | | | | |
| 25P | Eddie and Virginia Young<br>1623 Edna Drive<br>Lima, OH 45807<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>09/07/22 | | $3,600.00<br>$0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim -<br>06/02/2025 -  Order # 648 The Objection to Claim number 25 of Eddie and Virgina Young is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 28 | Daniel & Elaine Dunkel<br>7300 Railway St.<br>Palo, IA 52324<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>09/26/22 | | $24,796.53<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 04/29/2025 - Objected to claim 06/02/2025 - Order # 650 - granting objection to claim - 07/10/2025 Amended by Claim # 46 | | | | | |
| 36P | Mary E. Peterson & H. Joe Desko 24445 W. 199th Street Spring Hill, MO 66083 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/28/22 | | $3,600.00 $0.00 | $0.00 | $0.00 |
| | 04/29/2025 Objection to claim - 07/06/2025 - amended claim was filed - the amount is now listed as unsecured 07/09/2025 - Order 663 - The Objection to Claim number 36-1 of Mary Peterson and Joe Desko is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| transfer BCR | Norman Rouse, Trustee, <8500-000 Funds Paid To Third Parties> , 999 | Unsecured 12/05/25 | | $0.00 $21,184.18 | $21,184.18 | $0.00 |
| | Funds Transferred to BCR Case No. 21-60121 for the Final Report | | | | | |
| 1 | L&J Log Cabins Ridgedale, LLC (a Jimmy McKissack e c/o Jim McKissack 756 East Jones Street Lewisville, TX 75057 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/22/21 | | $127,924.68 $0.00 | $0.00 | $0.00 |
| | Money loaned  - Claims was amended 10/27/2022 | | | | | |
| 1-2 | L&J Log Cabins Ridgedale, LLC (a Jimmy McKissack e c/o Jim McKissack 3605 Yucca Drive Suite 201 Flower Mound , TX 75028 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/22/21 | | $96,927.73 $96,927.73 | $0.00 | $96,927.73 |
| | Money loaned  - Claims was amended 10/27/2022 | | | | | |
| 2 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/25/21 | | $29,503.80 $29,503.80 | $0.00 | $29,503.80 |
| | Misc Credit Card purchases | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service 2850 NE Independence Ave STE 101, M/S 5334-LSM Lee's Summit, MO 64064-2327 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/16/21 | | $722.91 $722.91 | $0.00 | $722.91 |
| | Partnership tax interest  from 2014 - | | | | | |
| 3-UP | Internal Revenue Service 2850 NE Independence Ave STE 101, M/S 5334-LSM Lee's Summit, MO 64064-2327 <7300-000 Fines, Penalties - § 726(a)(4)> , 630 | Unsecured 04/16/21 | | $2,925.00 $2,925.00 | $0.00 | $2,925.00 |
| | Partnership tax penalties | | | | | |
| 5 | DLL Finance, LLC 8001 Birchwood Court Johnston, 50131, <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/20/21 | | $55,468.59 $0.00 | $0.00 | $0.00 |
| | Order # 600 - The Objection to Claim number 5 of DLL Finance LLC is hereby GRANTED | | | | | |
| 14 | Guaranty Bank 2144 East Republic Springfield, MO 65804-0000 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/30/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | 06/08/2021 - Creditor withdrawal of claim filed | | | | | |
| 15U | H&H Management PO Box 459 Lowell, AR 72745 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/30/21 | | $14,764.96 $0.00 | $0.00 | $0.00 |
| | Order # 603 - The Objection to Claim number 15 of H&H Management is hereby GRANTED | | | | | |
| 16U | Woodward Rentals LLC PO Box 105 Lowes, KY 42061-0000 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/30/21 | | $12,807.45 $0.00 | $0.00 | $0.00 |
| | Order # 602 - The Objection to Claim number 16 of Woodward Rentals LLC is hereby GRANTED | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Guaranty Bank<br>2144 East Republic<br>Springfield, MO 65804-0000<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/07/21 | | $70,733.38<br>$0.00 | $0.00 | $0.00 |
| | Order # 604 - The Objection to Claim number 17 of Guaranty Bank is hereby GRANTED | | | | | |
| 18 | Michael & Pamela Williams<br>8000 Holmes Rd.<br>Farmington, MO 63640<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>05/02/22 | | $13,410.00<br>$13,410.00 | $0.00 | $13,410.00 |
| | 04/29/2025 - Objected to claim<br>06/02/2025 Order # 645 - Objection to claim granted<br>05/27/2025 - Amended claim | | | | | |
| 19U | Eddie and Virginia Young<br>1623 Edna Drive<br>Lima, OH 45807<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/06/22 | | $19,119.00<br>$19,119.00 | $0.00 | $19,119.00 |
| | 04/29/2025 - Objected to claim<br>07/06/2025 - amended claim was filed - the amount is now listed as unsecured<br>07/09/2025 -Order # 662 - The Objection to Claim number 19-1 of Eddie and Virgina Young is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore<br>07/06/2025 Amended proof of claim was filed by the creditor | | | | | |
| 20 | Kaci L. Miller<br>c/o Mathew L. Placzek<br>Lowther Johnson, Attorneys at Law, LLC, 901 E. St. Louis Street, 20th Floor<br>Springfield, MO 65806<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/09/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | 10/14/2022 - Document # 443 - Creditor - filed a withdrawal of the claim | | | | | |
| 21 | Shelley L. and Larry N. Hickerson<br>3133 Tuscan Valley Estates Ct.<br>Arnold, MO 63010<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/01/22 | | $9,199.00<br>$9,199.00 | $0.00 | $9,199.00 |
| | 04/29/2025 - Objected to claim<br>07/09/2025 - Order # 666 - The Objection to Claim number 27 in this case and Claim Claim number 6 in BCR (case number 21-60121) of Shelley and Larry Hickerson is hereby GRANTED. Claim number 21 of Shelley and Larry Hickerson is allowed as filed in the amount of $9, 199.00. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Roger & Dian Eigenberg 1248 N. Hewett Ave. Hastings, NE 68901 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/07/22 | | $14,798.00 $0.00 | $0.00 | $0.00 |
| | 07/08/2025 -- Objected to claim 08/11/2025 Order # 674 - Granting the objection to claim | | | | | |
| 23U | Tommy & Rose Smith c/o Licata Law Firm 1442 E. Bradford Parkway Springfield, MO 65804 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/15/22 | | $8,199.00 $8,199.00 | $0.00 | $8,199.00 |
| | 04/29/2025 - Objected to claim 07/09/2025 - Document # 660 - Hearing Held re: Objection to Claim Number 23 by Claimant Tommy and Rose Smith and Objection to Claim Number 31 by Claimant Wilbert and Debra Jenkins . ERO - KA (Amended Proof of Claims to be filed within 14 days) 07/09/2025 - Amended claim filed | | | | | |
| 24 | Valerie Budd, d/b/a Rent Branson c/o Christiaan D. Horton Carnahan Evans, PC, 2805 S. Ingram Mill Road Springfield, MO 65804 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/17/22 | | $2,290.43 $0.00 | $0.00 | $0.00 |
| | Order # 568 The Objection to Claim number 24 of Valerie Budd, d/b/a Rent Branson is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 25U | Eddie and Virginia Young 1623 Edna Drive Lima, OH 45807 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/07/22 | | $15,519.00 $0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim - 06/02/2025 - Order # 648 The Objection to Claim number 25 of Eddie and Virgina Young is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 26 | Joey & Susan McMillin 14345 Shady Tree Dr. Edmond, OK 73034 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/16/22 | | $10,000.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | 04/29/2025 - Objected to claim  - Order # 639 The Objection to Claim number 26 of Joey and Susan McMillin is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 27 | Larry & Shelley Hickerson<br>3133 Tucson Valley Estates Ct.<br>Arnold, MO 63010<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>09/20/22 | | $9,199.00<br><br>$0.00 | $0.00 | $0.00 |
| | Order # 666 - The Objection to Claim number 27 in this case and Claim Claim number 6 in BCR (case number 21-60121) of Shelley and Larry Hickerson is hereby GRANTED. Claim number 21 of Shelley and Larry Hickerson is allowed as filed in the amount of $9, 199.00. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 29 | Norma and Timothy O'Bryan<br>18 Belleau View Ct.<br>O'Fallon, MO 63366<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br><br>09/29/22 | | $11,900.00<br><br>$11,900.00 | $0.00 | $11,900.00 |
| 30 | Ozarks Environmental Services<br>PO Box 606<br>Kimberling City, MO 65686<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>Branson Cedars Resort LLC - | Unsecured<br><br>10/14/22 | | $821.50<br><br>$821.50 | $0.00 | $821.50 |
| 31U | Wilbert & Debra Jenkins<br>4355 Metarus Dr.<br>Florissant, MO 63033<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>04/29/2025 - Objected to claim -<br>07/14/2025 - Amended by claim # 47<br>07/24/2025 Court moved the amended claim to #31 so #47 is moot | Unsecured<br><br>10/31/22 | | $15,746.45<br><br>$15,746.45 | $0.00 | $15,746.45 |
| 32 | Dixie Lee Marlow<br>10707 Creek Tree Drive<br>Houston , TX 77070<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>05/06/2024 - Dixie Marlow - called to tell us she is moving to Texas and wanted to give us her new address. Which is 10707 Creek Tree Dr., Houston, TX 77070.<br>04/29/2025 - Objected to claim<br>08/01/2025 - Trustee withdrew objection to claim | Unsecured<br><br>11/07/22 | | $7,110.00<br><br>$7,110.00 | $0.00 | $7,110.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 33 | Randy & Holly Kinser 218 Jenkins Rd. Prairie Grove, AR 72753 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 11/18/22 | | $8,900.00 $8,900.00 | $0.00 | $8,900.00 |
| 34 | Paul & LaVera Oberly 274 E. Lassiter Rd. Proctor, AR 72376 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/09/22 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Order # 646 - The Objection to Claim number 34 of Paul Oberly is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 35 | Rodney & Kimberly Cox 1693 Stone Creek Rd. Elk Horn, KY 42733 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/28/22 | | $10,900.00 $0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim - 06/02/2025 Order # 649 - The Objection to Claim number 35 of Rodney and Kimberly Cox is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 36U | Mary E. Peterson & H. Joe Desko 24445 W. 199th Street Spring Hill, MO 66083 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/28/22 | | $23,874.00 $23,874.00 | $0.00 | $23,874.00 |
| | - 04/29/2025 Objected to claim - 07/06/2025 - amended claim was filed - the amount is now listed as unsecured - 07/06/2025 - amended claim was filed - the amount is now listed as unsecured - 07/09/2025 - Order 663 - The Objection to Claim number 36-1 of Mary Peterson and Joe Desko is hereby DENIED as moot. The creditor has filed an amended proof of claim. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 37 | David & Gretchen Jameson 11931 Mastin St. Overland Park, KS 66213 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/30/22 | | $19,522.91 $0.00 | $0.00 | $0.00 |
| | 04/25/2025 - Objected to claim 05/29/2025 Order # 641 - The Objection to Claim number 37 of David & Gretchen Jameson is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore 08/01//2025 Creditor filed an new claim # 48 | | | | | |

# Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 38 | Travis & Lisa Hamilton<br>11725 Cherry Pointe Lane<br>Yukon, OK 73099<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/04/23 | | $23,198.00<br>$23,198.00 | $0.00 | $23,198.00 |
| 39 | Jeannette S. Hyams<br>207 Kristi Lane<br>Liberty Hil!, TX 78642<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/04/23 | | $128,132.13<br>$26,695.00 | $0.00 | $26,695.00 |
| | Order # 566 - The Joint Motion to Approve Compromise under Rule 9019 and Settlement of Trustee's Objection to Amended Claim Number 39-2 of Jeannette S. Hyams is hereby GRANTED. It is so ORDERED by /s/Brian T. Fenimore. | | | | | |
| 40 | Sharon K. Simmons Youngblood<br>1605 S Jefferson Ave<br>Aurora, MO 65605<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/04/23 | | $8,079.12<br>$0.00 | $0.00 | $0.00 |
| | 04/29/2025 - Objected to claim  - Order # 640 - The Objection to Claim number 40 of Sharon Youngblood is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore | | | | | |
| 41 | Outlaw Joe's Hideaway, LLC<br>c/o Joseph Gioia<br>2816 Shepherd of the Hills Expressway, # 105<br>Branson, MO 65616<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/06/23 | | $160,225.00<br>$10,000.00 | $0.00 | $10,000.00 |
| | Order # 598 - The Trustee's Motion for a Settlement Agreement with Joseph Gioia (Outlaw Joe's Hideaway LLC regarding Claim # 41-4 for $10,000.00 is hereby GRANTED. The previously scheduled hearing is canceled. It is so ORDERED by /s/Brian T. Fenimore. | | | | | |
| 42 | Log Cabin Cafe, LLC<br>14316 Hwy 14W<br>Omaha, AR 72662<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/06/23 | | $356,193.56<br>$75,350.00 | $0.00 | $75,350.00 |
| | Order # 597 - The Trustee's Motion for a Settlement Agreement with Ron Mills for Log Cabin, LLC regarding Claim #42-2 & 42-3 for $75,350.00 is hereby GRANTED. The previously scheduled hearing is canceled. It is so ORDERED by /s/Brian T. Fenimore. | | | | | |

## Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 43 | Deborah Basham<br>c/o Diana Brazeale<br>201 Buccaneer Blvd., Suite B<br>Branson, MO 65616-9502<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>01/06/23 | | $239,242.39<br>$10,000.00 | $0.00 | $10,000.00 |

Order  # 599 - The Trustee's Motion for a Settlement Agreement with Deborah Basham d/b/a Honey Pot Scrubs regarding Claim #43-1 & 43-2 for $10,000.00 is hereby GRANTED. The previously scheduled hearing is canceled. It is so ORDERED by /s/Brian T. Fenimore.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 44 | Charles D. O'Kieffe, III Trust dated 2-2-96<br>c/o David Schroeder Law Offices, P.C.<br>1524 E. Primrose, Suite A<br>Springfield, MO 65804<br><7400-000 Subordinated General Unsecured><br><br>, 630 | Unsecured<br>01/07/23 | | $3,492,592.60<br>$0.00 | $0.00 | $0.00 |

Order # 684 - Order Granting Motion to Approve Settlement Agreement with O'Kieffe Family Partners LP regarding treatment of the O'Kieffe Trust claim # 44-1. Signed on 12/5/2025.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 45 | Randall & Sharon Moore<br>816 Chittamwood Ln.<br>Allen, TX 75002<br>Waxahachie TX, TX 75165<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620 | Unsecured<br>01/25/23 | | $14,900.00<br>$0.00 | $0.00 | $0.00 |

04/29/2025 - Objected to claim  -
06/022/2025 -  Order # 651 - The Objection to Claim number 45 of Randall and Sharon Moore is hereby GRANTED. It is so ORDERED by /s/ Brian T. Fenimore

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 46 amende | Daniel & Elaine Dunkel<br>7300 Railway St.<br>Palo, IA 52324<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>09/26/22 | | $24,796.53<br>$24,796.53 | $0.00 | $24,796.53 |

timeshare -  07/10/2025 Amended by Claim #28  - - the Claimant filed the amended claim on line and did to know how to attached the amended claim to original claim #28

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 47 amends | Wilbert & Debra Jenkins<br>4355 Metarus Dr.<br>Florissant, MO 63033<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>10/31/22 | | $15,746.45<br>$0.00 | $0.00 | $0.00 |

 - 07/10/2025 - Amends claim # 31
07/26/2025 Amended claim #47  was moved to Claim #31 by the court

## Exhibit C

## Analysis of Claims Register

### Case: 21-60120 TRANQUILITY GROUP, LLC

Claims Bar Date: 01/07/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 48 amends | David & Gretchen Jameson 11931 Mastin St. Overland Park, KS 66213 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 12/30/22 | | $19,522.91 $19,522.91 | $0.00 | $19,522.91 |
| | Creditor filed this claim to amend Claim #37 | | | | | |
| 49-1 | Joey & Susan McMillin 14345 Shady Tree Dr. Edmond, OK 73034 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/16/22 | | $13,410.00 $13,410.00 | $0.00 | $13,410.00 |
| | This amends claim #26-1 | | | | | |
| 50 | Richard and Karen Whipple 43165 Hadley Cr. Canton, MI 48188 <7200-000 Tardy General Unsecured - § 726(a)(3)> , 620 | Unsecured 09/08/25 | | $18,900.00 $18,900.00 | $0.00 | $18,900.00 |
| | timeshare claim | | | | | |

**Case Total: $149,342.41   $511,750.67**

### TRUSTEE'S PROPOSED INTERIM  DISTRIBUTION

Exhibit D

Case No.: 21-60120
Case Name:  TRANQUILITY GROUP, LLC
Trustee Name: Norman Rouse

**Balance on hand:**   $              2,024,343.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:   $              0.00
Remaining balance:   $              2,024,343.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman Rouse | 35,304.99 | 0.00 | 35,304.99 |
| Trustee, Expenses - Norman Rouse | 6,214.85 | 0.00 | 6,214.85 |
| Attorney for Trustee Fees - Norman E. Rouse | 59,927.00 | 59,927.00 | 0.00 |
| Attorney for Trustee, Expenses - Norman Rouse | 15,940.63 | 15,940.63 | 0.00 |
| Auctioneer Fees - DSA Real Estate LLC | 425.00 | 425.00 | 0.00 |
| Auctioneer Expenses - DSA Real Estate LLC | 400.00 | 400.00 | 0.00 |
| Bond Payments - Norman Rouse | 1,583.04 | 1,583.04 | 0.00 |
| Bond Payments - Norman Rouse | 1,840.36 | 1,840.36 | 0.00 |
| Bond Payments - Norman Rouse | 1,669.95 | 1,669.95 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Great American Title Insurance | 4,057.86 | 4,057.86 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Roger Wrestler | 1,697.00 | 1,697.00 | 0.00 |
| Arbitrator/Mediator for Trustee Fees - Tom O'Neal | 4,860.00 | 4,860.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $              41,519.84
Remaining balance:   $              1,982,823.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $             0.00
Remaining balance:    $      1,982,823.71

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $             0.00
Remaining balance:    $      1,982,823.71

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $448,405.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | L&J Log Cabins Ridgedale, LLC (a Jimmy McKissack e | 96,927.73 | 0.00 | 96,927.73 |
| 2 | American Express National Bank | 29,503.80 | 0.00 | 29,503.80 |
| 3 | Internal Revenue Service | 722.91 | 0.00 | 722.91 |
| 18 | Michael & Pamela Williams | 13,410.00 | 0.00 | 13,410.00 |
| 19U | Eddie and Virginia Young | 19,119.00 | 0.00 | 19,119.00 |
| 21 | Shelley L. and Larry N. Hickerson | 9,199.00 | 0.00 | 9,199.00 |
| 23U | Tommy & Rose Smith | 8,199.00 | 0.00 | 8,199.00 |
| 29 | Norma and Timothy O'Bryan | 11,900.00 | 0.00 | 11,900.00 |
| 30 | Ozarks Environmental Services | 821.50 | 0.00 | 821.50 |
| 31U | Wilbert & Debra Jenkins | 15,746.45 | 0.00 | 15,746.45 |
| 32 | Dixie Lee Marlow | 7,110.00 | 0.00 | 7,110.00 |
| 33 | Randy & Holly Kinser | 8,900.00 | 0.00 | 8,900.00 |
| 36U | Mary E. Peterson & H. Joe Desko | 23,874.00 | 0.00 | 23,874.00 |
| 38 | Travis & Lisa Hamilton | 23,198.00 | 0.00 | 23,198.00 |
| 39 | Jeannette S. Hyams | 26,695.00 | 0.00 | 26,695.00 |
| 41 | Outlaw Joe's Hideaway, LLC | 10,000.00 | 0.00 | 10,000.00 |
| 42 | Log Cabin Cafe, LLC | 75,350.00 | 0.00 | 75,350.00 |
| 43 | Deborah Basham | 10,000.00 | 0.00 | 10,000.00 |
| 46 amended #28 | Daniel & Elaine Dunkel | 24,796.53 | 0.00 | 24,796.53 |
| 48 amends #37 | David & Gretchen Jameson | 19,522.91 | 0.00 | 19,522.91 |
| 49-1 | Joey & Susan McMillin | 13,410.00 | 0.00 | 13,410.00 |

Total to be paid for timely general unsecured claims: $ 448,405.83

Remaining balance: $ 1,534,417.88

Tardily filed claims of general (unsecured) creditors totaling $18,900.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 50 | Richard and Karen Whipple | 18,900.00 | 0.00 | 18,900.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 18,900.00 |
| Remaining balance: | $ | 1,515,517.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,925.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 3-UP | Internal Revenue Service | 2,925.00 | 0.00 | 2,925.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 2,925.00 |
| Remaining balance: | $ | 1,512,592.88 |